## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CAROL SMITH,
As Personal Representative of the Estate of
Erika Smith

      Plaintiff

v.

HOPE VILLAGE, INC.

      Defendant

Civil Action No.:  1:05CV00633 (RBW)

### DEFENDANT'S EXPERT DISCLOSURES

Defendant Hope Village Inc., ("Defendant"), by undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure and this Court's Order hereby submits its expert disclosures.  In support thereof, Defendant submits that it expects to call the following persons as expert witnesses in this matter:

1. Edward J. Latessa;

2. Dr. Alvin W. Cohn;

3. Theresa L. Brown;

4. Lawrence A. Brain, M.D.;

5. Thomas F. Grogan, CFE;

6. Jonathan Arden, M.D.

7. In accord with Rule 26, the *curriculum vitae* and report for each expert is attached hereto.

1

Respectfully submitted,


_____/s/_____

George S. Mahaffey Jr., Esq. (#MD15083)
Jeffrey J. Hines, Esq. (#406090)
Craig S. Brodsky, Esq.
Goodell, DeVries, Leech & Dann, L.L.P.
One South Street, 20th Floor
Baltimore, MD 21202
(410) 783-4993
(410) 783-4040


Donald M. Temple, Esquire
Dhamian Blue, Esquire
Donald M. Temple, P.C.
1229 15th Street, N.W.
Washington, DC 20005


*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___18th___ day of December 2006, a copy of the foregoing Expert Disclosures was electronically filed with service being sent to:


Aryeh Portnoy, Esq.
John Murino, Esq.
Crowell & Moring, LLP
1001 Pennsylvania Ave., NW
Washington, D.C.  20004



                              _____/s/_____
                              George S. Mahaffey Jr.

3